UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL EDWARDS                                 JURY TRIAL DEMANDED

v.                                            CASE NO.  3:07CV

CENTRAL CREDIT SERVICES, INC.
ROB HESSELMEYER

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendant CCS is licensed as a Consumer Collection Agency by the Connecticut Department of Banking.

7. Defendants violated the FDCPA in connection with its collection efforts seeking payment from plaintiff on behalf of a creditor it identified as LVNV Funding, original creditor Bank of America.

8. Defendant's employee "Mr. Hesselmeyer" elicited plaintiff's bank account number on the representation that legal papers would be served on her the next day if she did not provide it.

9. Plaintiff stopped payment and Mr. Hesselmeyer threatened to have her arrested for writing a bad check.

10. Mr. Hesselmeyer called plaintiff at work constantly after she told him she could not get calls there.

11. Mr. Hesselmeyer screamed at co-employees to get her on the phone.

12. Mr. Hesselmeyer called family members even though he had complete location information.

13. Mr. Hesselmeyer continued to call plaintiff after receiving a voice mail that she was represented by identified counsel.

14. Defendant did not accurately state the amount or legal status of the account.

15. Defendant sent a letter confirming plaintiff's agreement to pay even though she had made no such agreement.

16. Defendant adopted, ratified and approved Mr. Hesselmeyer's actions after notice thereof.

FIRST COUNT

17. In the collection efforts, each defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

18. Within three years prior to the date of this action each Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

     19. Each Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                THE PLAINTIFF

                                BY__/s/ Joanne S. Faulkner__
                                JOANNE S. FAULKNER ct04137
                                123 AVON STREET
                                NEW HAVEN, CT 06511-2422
                                (203) 772-0395
                                j.faulkner@snet.net